

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-14-00248-CV

**IN THE INTEREST OF A.M.M. AND M.B.L., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01040
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

This is an accelerated appeal from the termination of appellant's parental rights. On August 1, 2014, the State filed a "Rule 12 Motion to Show Authority, Strike Pleadings and Dismiss," in which the State contends, for various reasons, that appellant has not expressed a desire to prosecute an appeal and, therefore, appellant's appellate counsel does not have the authority to prosecute this appeal on his behalf. We DENY the State's motion.

Appellant's brief was filed on July 7, 2014, and the State's brief was originally due on July 28, 2014. On August 1, 2014, we granted the State an extension of time in which to file its brief, until August 27, 2014, and the State was informed that no further extensions of time would be considered. If the State's brief is not filed by August 27, 2014, this appeal will be set for submission without benefit of an appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court